**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 Lenola Road, Building 6
Moorestown, New Jersey 08057
(856) 795-2181
*Attorneys for Plaintiff(s)*
By:   Steven J. Bushinsky, Esquire
        W. Daniel Feehan, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE IBEW LOCAL 400 WELFARE, PENSION, ANNUITY, SUPPLEMENTAL, and JOINT APPRENTICESHIP TRAINING FUNDS, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> AMERICAN SIGN CRAFTERS, INC. <br>                                                          *Defendant* | Civil Action No.:  20-5132(BRM-TJB) <br><br><br> **VOLUNTARY DISMISSAL** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the Complaint be and it is hereby dismissed without costs and without prejudice against either party.

Dated: 3/16/2021

O'BRIEN, BELLAND & BUSHINSKY, LLC
*Attorneys for Plaintiffs*

W. DANIEL FEEHAN, ESQUIRE

SO ORDERED."

Date: 3/18/2021      Brian R. Martinotti, U.S.D.J.